**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 06-92-DLB-CJS**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**vs.**            **ORDER ADOPTING REPORT AND RECOMMENDATION**

**WILLIAM F. JACKSON**                                      **DEFENDANT**

*******************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of twenty-one (21) months incarceration, with a new term of supervised release to follow that will terminate on November 18, 2022. (Doc. 53). During the final revocation hearing conducted by Magistrate Judge Smith on June 18, 2015, Defendant admitted violating the terms of his supervised release as set forth in the Probation Officer's May 22, 2015 Report.

Defendant having waived his right to allocute (Doc. 55), and the time for filing an objection to the R&R having passed, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that the R&R is sound in all respects, including the recommended sentence and basis for said recommendation. Accordingly,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. 53) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2)   Defendant is found to have **VIOLATED** the terms of his supervised release, as set forth in the May 22, 2015 Violation Report;

(3)   Defendant's supervised release is hereby **REVOKED**;

(4)   Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWENTY-ONE (21) MONTHS imprisonment, credit to be given for time served since his detention on the charged violations**, with a new term of supervision to follow that will terminate on November 18, 2022, under the same conditions as previously imposed, including substance abuse and mental health treatment as may be directed.

This 30th day of July, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-92 Order Adopting R&R supervised release.wpd